IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | 1:19-CV-714-RP |
| WILLIAM J. MILLES, JR. and DONALD J. LUTZKO, | | |
| Defendants. | | |

# **ORDER**

On September 17, 2021, Plaintiff Securities and Exchange Commission ("SEC") filed a partial motion for summary judgment. (Dkt. 41). Defendants William J. Milles, Jr. ("Milles") and Donald J. Lutzko's ("Lutzko") response to the summary judgment motion is past due. *See* W.D. Tex. Loc. R. CV-7(d). Although the Local Rules empower the Court to grant motions as unopposed when no response is timely filed, *id.*, this Court will not grant Bastrop's motion to dismiss as unopposed at this time.

**IT IS ORDERED** that Milles and Lutzko (1) shall show cause in writing on or before **November 18, 2021**, as to why the Court should not grant the SEC's partial motion for summary judgment as unopposed or, alternatively, (2) shall file a response to the SEC's partial motion to summary judgment on or before **November 18, 2021**. Failure to do so may result in the Court granting the SEC's motion as unopposed. *See* W.D. Tex. Loc. R. CV-7(d)(2).

**SIGNED** November 4, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE